**Dismissed and Memorandum Opinion filed November 22, 2016.**



In The

# Fourteenth Court of Appeals

## NO. 14-16-00270-CV

### TANZA ABDULLAH, Appellant

### V.

### AMERICAN MACHINE CORP., Appellee

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1060777**

## M E M O R A N D U M     O P I N I O N

This is an appeal from a judgment signed March 3, 2016. On May 11, 2016, the court reporter filed a notice that no record was taken. The clerk's record was filed June 22, 2016. No brief was filed.

On September 29, 2016, this court issued an order stating that unless appellant submitted a brief on or before October 20, 2016, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Busby, and Wise.